IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CAMPBELL,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | No. 12-1279 |
| SUPERINTENDENT HARLOW et al.,<br>Respondents. | : | |

## ORDER

EDMUND V. LUDWIG, J.

AND NOW, this 13th day of June, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; (no objections);

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.